**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| VERGIE L. REDUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-CV-146 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT OF REMAND

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, dated February 29, 2008,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this ___24th___ day of March, 2008.